IN THE MATTER OF: WILLIAM VANCE STALLINGS, JUVENILE

No. 716PA85

(Filed 2 June 1987)

ON rehearing to review the decision of the Supreme Court previously rendered in this case, 318 N.C. 565, 350 S.E. 2d 327 (1986), reversing a decision of the Court of Appeals, 77 N.C. App. 592, 335 S.E. 2d 529 (1985). Rearguments heard in the Supreme Court on 13 May 1987.

*Lacy H. Thornburg, Attorney General, by John H. Watters, Assistant Attorney General, for the State.*

*Susan K. Seahorn for the juvenile appellant.*

PER CURIAM.

On 6 January 1987, this Court allowed the petition of the juvenile, William Vance Stallings, for the rehearing of this case. On 23 April 1987, the State filed a motion to dismiss on the ground that rehearing had been improvidently allowed. Having thoroughly reviewed the very helpful new briefs filed on behalf of the juvenile and the State, we conclude that we neither over-

looked nor misapprehended any material points of fact or law when we first considered this case. Therefore the State's motion to dismiss the rehearing in this case as improvidently granted is well founded. *See Montgomery v. Blades*, 223 N.C. 331, 26 S.E. 2d 876 (1943); *Weisel v. Cobb*, 122 N.C. 68, 30 S.E. 312 (1898); *Devereux v. Devereux*, 81 N.C. 12 (1879).

Rehearing dismissed as improvidently allowed.